**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7              IN THE UNITED STATES DISTRICT COURT
8            FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                        SAN JOSE DIVISION

| | |
|---|---|
| Barbara Wood, et al., | NO. C 06-01682 JW |
| Plaintiffs, | **ORDER VACATING HEARING ON DEFENDANT'S MOTION TO DISMISS** |
| v. | |
| Vista Manor Nursing Center, et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 7-1(b), the Court deems Defendant's Motion to Dismiss appropriate for submission without oral argument. Accordingly, the hearing currently scheduled for September 11, 2006 is vacated.

Dated: September 6, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alison Ann Brunner alisonb@lawfoundation.org
Annette Kirkham annettek@lawfoundation.org
D. Scott Chang schang@relmanlaw.com
Keith A. Fink kfink@finklawfirm.com
Kerstin Arusha kerstina@lawfoundation.org
Whitney Huston whitneyh@lawfoundation.org

**Dated: September 6, 2006**                                  **Richard W. Wieking, Clerk**

                                                              **By:  /s/ JW Chambers**
                                                                    **Elizabeth Garcia**
                                                                    **Courtroom Deputy**