UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BARBARA WOOD, the estate of EDNA MURILLO, and RICHARD WOOD,<br><br>                Plaintiffs,<br><br>v.<br><br>VISTA MANOR NURSING CENTER LIFE GENERATIONS HEALTHCARE, INC., and ABIGAIL MOSS<br><br>                Defendants. | Case No.: C 06-01682-JW (PVT)<br><br>**CLARIFICATION OF INTERIM ORDER RE DEFENDANTS' MOTION TO COMPEL COMPLIANCE WITH SUBPOENA TO PROJECT SENTINEL; AND DENYING WITHOUT PREJUDICE DEFENDANTS' REQUEST FOR SANCTIONS** |

       On January 30, 2007, Defendants filed a Motion to Compel Compliance with Subpoena to Project Sentinel and Request for Sanctions. Project Sentinel filed their Opposition on February 12, 2007. Defendants filed their Reply on February 26, 2007.

       On February 26, 2007, the court issued an Interim Order stating that "Plaintiffs and Defendants shall make a good faith effort to work together on a protective order and they shall submit to the court for review and signature a form of protective order consistent with the terms of the model stipulated protective order found on the court's website." (Doc. No. 29).

       Project Sentinel filed the Declaration of Christopher Brancart on March 1, 2007, which stated, "[a]lthough the order refers to 'plaintiffs,' it appears clear to the parties that the Court

directed the order to Project Sentinel, a nonparty, and defendants." (Doc. No. 32).

Contrary to Project Sentinel's declaration, the court intended the order to be directed towards Plaintiffs and Defendants. It is the duty of the parties of the case to determine the handling of confidential information exchanged in discovery, including information disclosed by non-parties. For example, the court's model protective order applies to any party and non-party that produce discovery material.[1] Plaintiffs and Defendants are both warned that failure to comply with the court's order to make a good faith effort to agree upon a protective order will result in sanctions.

Dated: March 2, 2007

*Patricia V. Trumbull*
_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] See ¶ 2.6 of Court's Model Stipulated Protective Order on the court's website (http://www.cand.uscourts.gov/) in the "Forms" section.