1  Keith A. Fink, Bar No. 146841
   Sarah Hernandez, Bar No. 206305
2  KEITH A. FINK & ASSOCIATES
3  11500 W. Olympic Blvd, Suite 316
   Los Angeles, CA 90064
4  Telephone:  (310) 268-0780
   Facsimile:  (310) 268-0790
5
6  Attorneys for Defendant
   LIFE GENERATIONS HEALTHCARE, INC., and
7  GHC OF SAN JOSE, LLC, a wholly-owned
   subsidiary of Life Generations Healthcare, Inc.,
8  dba Vista Manor Nursing Center
9
10
11                    UNITED STATES DISTRICT COURT
12                 NORTHERN DISTRICT OF CALIFORNIA
13                             (San Jose)
14
15  BARBARA WOOD, an individually and on       )   CASE NO. C06-01682-JW (PVT)
    behalf of the estate of EDNA MURILLO;      )
16  RICHARD WOOD                               )
                                               )
17              Plaintiffs,                    )   JOINT STIPULATION TO CHANGE
                                               )   HEARING DATE FOR MOTION TO
18         v.                                  )   DISMISS PURSUANT TO FEDERAL
                                               )   RULES OF CIVIL PROCEDURE, RULE
19  VISTA MANOR NURSING CENTER; LIFE           )   12B6 FROM APRIL 16, 2007 TO APRIL
    GENERATIONS HEALTHCARE, INC., and          )   X, 2007
20  ABIGAIL MOSS,                              )   30
                                               )
21              Defendants.                    )
                                               )
22                                             )
                                               )
23                                             )
                                               )
24                                             )
25        TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
26        IT IS HEREBY STIPULATED by and between the Plaintiffs Barbara Wood, individually and on
27  behalf of the estate of Edna Murillo, and Richard Wood and Defendants Life Vista Manor Nursing
28  Center, which is a dba of Generations Healthcare LLC, a wholly-owned subsidiary of Life

1  Generations Healthcare, Inc., Life Generations Healthcare, Inc., and Abigail Moss (collectively

2  "Parties") as follows:

3      1.     WHEREAS, the Motion to Dismiss filed by Defendants in this matter was set for

4             hearing on April 16, 2007 in Courtroom 8 at 9:00 a.m. in the above entitled Court;

5      2.     WHEREAS, the Parties agree to change the hearing date for the Motion to Dismiss to

6             April 30, 2007 in Courtroom 8 at 9:00 a.m. in the above entitled Court;

7      3.     WHEREAS, changing the date will not prejudice any of the Parties.

8  March __ 2007                                    KEITH A. FINK, & ASSOCIATES

9

10

11                                                  Keith A. Fink
                                                    Sarah Hernandez
12                                                  Attorneys for Defendants
                                                    Life Generations Healthcare, Inc., and
13                                                  GHC of San Jose, LLC, a wholly-owned
                                                    subsidiary of Life Generations Healthcare,
14                                                  Inc.,dba Vista Manor Nursing Center, Abigail
                                                    Moss.
15

16  March__, 2007                                   LFSV FAIR HOUSING LAW PROJECT

17

18

19

20                                                  Annette Kirkham
                                                    Attorneys for Plaintiffs Barbara Wood
21                                                  individually and on behalf of Edna Murillo,
                                                    Richard Wood
22

23

24

25

26

27

28

1  Generations Healthcare, Inc., Life Generations Healthcare, Inc., and Abigail Moss (collectively

2  "Parties") as follows:

3      1.   WHEREAS, the Motion to Dismiss filed by Defendants in this matter was set for

4           hearing on April 16, 2007 in Courtroom 8 at 9:00 a.m. in the above entitled Court;

5      2.   WHEREAS, the Parties agree to change the hearing date for the Motion to Dismiss to

6           April 29, 2007 in Courtroom 8 at 9:00 a.m. in the above entitled Court;  [30]

7      3.   WHEREAS, changing the date will not prejudice any of the Parties.

8  March__, 2007                                   KEITH A. FINK & ASSOCIATES

9

10

11
                                                 Keith A. Fink
12                                               Sarah Hernandez
                                                 Attorneys for Defendants
13                                               Life Generations Healthcare, Inc., and
                                                 GHC of San Jose, LLC, a wholly-owned
14                                               subsidiary of Life Generations Healthcare,
                                                 Inc.,dba Vista Manor Nursing Center, Abigail
15                                               Moss.

16  March 28, 2007                               LFSV FAIR HOUSING LAW PROJECT

17

18

19

20                                               Annette Kirkham
                                                 Attorneys for Plaintiffs Barbara Wood
21                                               individually and on behalf of Edna Murillo,
                                                 Richard Wood
22

23

24

25

26

27

28

1   **O R D E R**

2

3       The Court, having read the foregoing Stipulation of the parties, and good cause appearing

4   therefore, hereby orders that the Motion to Dismiss filed by Defendants in this matter be continued

5   to April X/30, 2007.

6

7       IT IS SO ORDERED. The Defendants' Motion to Dismiss is continued to April 30 2007 @ 9:00 AM

8

9   Dated: 3/29/2007   *James Ware*

10  Hon. James Ware

11  Judge of the District Court

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stip. change date.002.wpd