UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BARBARA WOOD, the estate of EDNA MURILLO, and RICHARD WOOD,<br><br>Plaintiffs,<br><br>v.<br><br>VISTA MANOR NURSING CENTER LIFE GENERATIONS HEALTHCARE, INC., and ABIGAIL MOSS<br><br>Defendants. | Case No.: C 06-01682-JW (PVT)<br><br>**ORDER VACATING HEARING DATE FOR PROJECT SENTINEL'S MOTION FOR PROTECTIVE ORDER** |

On March 13, 2007, non-party Project Sentinel filed a motion seeking issuance of a protective order governing the depositions of Project Sentinel's witnesses in this case. On April 2, 2007, Defendants filed an opposition to the motion. After reviewing the papers filed, the court has determined that this motion is appropriate for resolution without hearing.

Good Cause Appearing, It Is Hereby Ordered that the April 24, 2007 hearing date for Project Sentinel's Motion for Protective Order is VACATED and the motion shall be decided on the papers, including a Reply brief from Project Sentinel to be filed no later than April 10, 2007.

IT IS SO ORDERED

Dated: April 4, 2007

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

INTERIM ORDER, *page 1*