ANNETTE D. KIRKHAM (STATE BAR NO. 217958)
WHITNEY HUSTON (STATE BAR NO. 234863)
FAIR HOUSING LAW PROJECT
KATHERINE P. HAAS (STATE BAR NO. 229233)
ALISON BRUNNER (STATE BAR NO. 180979)
AIDS LEGAL SERVICES
111 West Saint John Street, Suite 315
San Jose, California 95113
Telephone: (408) 280-2410
Facsimile: (408) 293-0106

Attorneys for PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose)

| | |
|---|---|
| BARBARA WOOD, individually and on behalf of the estate of EDNA MURILLO; and RICHARD WOOD, <br><br> Plaintiffs, <br><br> v. <br><br> VISTA MANOR NURSING CENTER; LIFE GENERATIONS HEALTHCARE, INC., and ABIGAIL MOSS, <br><br> Defendants | Case No. C06-01682 JW (PVT) <br><br> STIPULATION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY AND TO EXTEND THE DEADLINES SET FORTH IN THE COURT'S NOVEMBER 2, 2006 SCHEDULING ORDER AND [PROPOSED ORDER] |

In an attempt to resolve the instant litigation, the parties have agreed to mediate their dispute in late May or mid-June 2007, depending upon the availability of counsel. As such the parties have agreed to stay all discovery proceedings, including written discovery and related meet and confer efforts, and all witness depositions until a good

WOOD v. VISTA MANOR, ET AL., No. C06 01682 JW (PVT)
[PROPOSED] STIPULATION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY AND TO EXTEND THE DEADLINES SET FORTH IN THE COURT'S NOVEMBER 2, 2006 SCHEDULING ORDER

1  faith effort to resolve their dispute through mediation has been undertaken.
2  Accordingly, subject to the approval of this Court, the parties hereby stipulate to the
3  following:
4      1.  All discovery, including all written discovery and the depositions of any
5  witness is stayed until the parties have attended at least one mediation session or June 25,
6  2007, whichever comes first.
7      2.  The current date to complete all discovery is June 1, 2007. The parties
8  agree that the new discovery cut-off date will be September 1, 2007. [August 31]
9      3.  Currently, the last date for hearing dispositive motions is July 30, 2007.
10 The parties agree to extend this deadline to October 29, 2007.
11     4.  The trial setting conference in this matter is currently set for September 10,
12 2007. The parties agree that the trial setting conference date will be moved to December
13 10, 2007.

15 Dated: April 23, 2007                FAIR HOUSING LAW PROJECT

17                                      _____
18                                      Annette D. Kirkham
                                        Attorneys for Plaintiffs

20 Dated: April 23, 2007                KEITH A. FINK & ASSOCIATES

22                                      _____
23                                      Keith A. Fink
                                        Attorneys for Defendants

28 WOOD V. VISTA MANOR, ET AL., No. C06 01682 JW (PVT)
[PROPOSED] STIPULATION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY AND TO EXTEND THE DEADLINES SET
FORTH IN THE COURT'S NOVEMBER 2, 2006 SCHEDULING ORDER

## PROPOSED ORDER

Upon review of the parties' stipulation requesting an extension of the time to complete discovery and to extend the deadlines set forth in this Court's November 2, 2006 scheduling order and good cause appearing:

IT IS HEREBY ORDERED that the proposed stipulation between the parties sets forth the new scheduling deadlines in this case.

Dated:   April 24 2007

_____
United States District Judge James Ware

WOOD V. VISTA MANOR, ET AL., No. C06-01682 JW (PVT)
[PROPOSED] STIPULATION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY AND TO EXTEND THE DEADLINES SET FORTH IN THE COURT'S NOVEMBER 2, 2006 SCHEDULING ORDER