IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Barbara Wood, et al., | NO. C 06-01682 JW |
| Plaintiffs, | **ORDER SUSTAINING MAGISTRATE JUDGE'S NONDISPOSITIVE ORDER RE: DEFENDANTS' MOTION TO COMPEL COMPLIANCE WITH SUBPOENA TO PROJECT SENTINEL** |
| v. | |
| Vista Manor Nursing Center, et al., | |
| Defendants. | |

Before the Court is non-party Project Sentinel's objection and appeal of Magistrate Judge Trumbull's March 16, 2007 Order granting in part, denying in part, Defendants' motion to compel compliance with subpoena. (See Docket Item No. 45.) Project Sentinel asks the Court to:

(1) Set aside the Order regarding Request No. 85, requiring Project Sentinel to produce "any and all documents which reflect, evidence or mention testing reports submitted to AIDS Legal Services in the year 2004;" and,

(2) Modifying the Order regarding Request Numbers 94 to 107, requiring Project Sentinel to produce "documents which reflect, evidence or mention tests conducted by Project Sentinel, on nursing centers located in the South Bay, for HIV disability housing discrimination from 2003 to the present," by limiting the Order to cover facilities owned for operated by Defendants only.

A party may object to a nondispositive pretrial order of a magistrate judge within ten days after service of the order. Fed. R. Civ. P. 72(a). The magistrate judge's order will be upheld unless it is "clearly erroneous or contrary to law." Id.; 28 U.S.C. § 636(b)(1)(A). A magistrate judge's

1 factual determinations are subject to the "clearly erroneous" standard.  Maisonville v F2. Am., Inc.,
2 902 F.2d 746, 748 (9th Cir. 1990).

3     Applying the above standards, the Court finds that Judge Trumbull's Order is not clearly
4 erroneous.  Defendants have a right to information to test the credibility of the evidence which
5 provides the basis of Plaintiffs' claims for discrimination.  Project Sentinel's concern that the
6 production of the documents would violated the right of privacy is addressed by the protective order
7 already in place.  However, to ensure that Project Sentinel's clients and testers' personal information
8 is protected, the Court orders that any personal information about the complainants and testers shall
9 be redacted.

10     The Court sustains the objection to Judge Trumbull's nondispostive order re: motion to
11 compel compliance with subpoena to Project Sentinel.

13 Dated: May 11, 2007

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alison Ann Brunner alisonb@lawfoundation.org
Annette Kirkham annettek@lawfoundation.org
D. Scott Chang schang@relmanlaw.com
Keith A. Fink kfink@finklawfirm.com
Kerstin Arusha kerstina@lawfoundation.org
Whitney Huston whitneyh@lawfoundation.org

**Dated: May 11, 2007**                              **Richard W. Wieking, Clerk**

                                         **By:  /s/ JW Chambers**
                                               **Elizabeth Garcia**
                                               **Courtroom Deputy**

United States District Court
For the Northern District of California