ANNETTE D. KIRKHAM (STATE BAR NO. 217958)
FAIR HOUSING LAW PROJECT
KATHERINE P. HAAS (STATE BAR NO. 229233)
ALISON BRUNNER (STATE BAR NO. 180979)
AIDS LEGAL SERVICES
111 West Saint John Street, Suite 315
San Jose, California 95113
Telephone: (408) 280-2410
Facsimile: (408) 293-0106

Attorneys for PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose)

| | |
|---|---|
| BARBARA WOOD, individually and on behalf of the estate of EDNA MURILLO; and RICHARD WOOD,<br><br>Plaintiffs,<br><br>v.<br><br>VISTA MANOR NURSING CENTER; LIFE GENERATIONS HEALTHCARE, INC., and ABIGAIL MOSS,<br><br>Defendants. | Case No. C06-01682 JW (PVT)<br><br>STIPULATION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY AND TO EXTEND THE DEADLINES SET FORTH IN THE COURT'S APRIL 24, 2007 ORDER ON THE PARTIES STIPULATION TO EXTEND DISCOVERY AND DEADLINES [PROPOSED ORDER] |

On July 2, 2007, the parties had a mediation session and made some progress towards resolving their dispute. However, at the mediators' suggestion, the parties have agreed to a second mediation session to take place in late September 2007. In an effort to reduce costs, the parties have agreed to conduct only limited discovery until the mediation session can occur.

WOOD V. VISTA MANOR, ET AL., No. C06 01682 JW (PVT)
[PROPOSED] STIPULATION FOR EXTENSION OF DISCOVERY AND DEADLINES

1     Accordingly, subject to the approval of this Court, the parties hereby stipulate to the following:

2.     The current date to complete all discovery is August 31, 2007. The parties agree that the new discovery cut-off date will be December 31, 2007.

3.     Currently, the last date for hearing dispositive motions is October 29, 2007. The parties agree to extend this deadline to February 18, 2008.

4.     The trial setting conference in this matter is currently set for December 10, 2007. The parties agree that the trial setting conference date will be moved to March 10, 2008.

Dated: July 11, 2007      FAIR HOUSING LAW PROJECT

_____
Annette D. Kirkham
Attorneys for Plaintiffs

Dated: July 6, 2007      KEITH A. FINK & ASSOCIATES

_____
Keith A. Fink
Alexandra Zak
Attorneys for Defendants

WOOD V. VISTA MANOR, ET AL., No. C06 01682 JW (PVT)
[PROPOSED] STIPULATION FOR EXTENSION OF DISCOVERY AND DEADLINES

## ~~PROPOSED~~ ORDER

Upon review of the parties' stipulation requesting an extension of the time to complete discovery and to extend the deadlines set forth in this Court's November 2, 2006 scheduling order and good cause appearing:

IT IS HEREBY ORDERED that the proposed stipulation between the parties sets forth the new scheduling deadlines in this case.

Dated: July 16 2007

_____
United States District Judge James Ware

WOOD V. VISTA MANOR, ET AL., No. C06 01682 JW (PVT)
[PROPOSED] STIPULATION FOR EXTENSION OF DISCOVERY AND DEADLINES