ANNETTE D. KIRKHAM (STATE BAR NO. 217958)
FAIR HOUSING LAW PROJECT
JESSICA FRY (REGISTERED LEGAL SERVICES ATTORNEY NO. 800918)
KATHERINE P. HAAS (STATE BAR NO. 229233)
ALISON BRUNNER (STATE BAR NO. 180979)
AIDS LEGAL SERVICES
111 West Saint John Street, Suite 315
San Jose, California 95113
Telephone: (408) 280-2410
Facsimile: (408) 293-0106

Attorneys for PLAINTIFFS

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
(San Jose)

| | |
|---|---|
| BARBARA WOOD, individually and on behalf of the estate of EDNA MURILLO; and RICHARD WOOD.<br><br>Plaintiffs,<br><br>v.<br><br>VISTA MANOR NURSING CENTER; LIFE GENERATIONS HEALTHCARE, INC., and ABIGAIL MOSS,<br><br>Defendants. | Case No. C06-01682 JW (PVT)<br><br>STIPULATION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY AND TO EXTEND THE DEADLINES SET FORTH IN THE COURT'S APRIL 24, 2007 ORDER ON THE PARTIES STIPULATION TO EXTEND DISCOVERY AND DEADLINES [PROPOSED ORDER] |

On December 3, 2007, the parties began discussing new settlement options. In an effort to reduce costs, the parties have agreed to stipulate to the following:

1.     The current date to complete all discovery is December 31, 2007. The parties agree to stay discovery until February 20th and that the new discovery cut-off date will be March 31, 2008.

3.     Currently, the last date for hearing dispositive motions is February 18, 2008. The parties agree to extend this deadline to June 16, 2008.

4.     The trial setting conference in this matter is currently set for March 10, 2007. The parties agree that the trial setting conference date will be moved to July 7, 2008.

Dated: December __, 2007            **FAIR HOUSING LAW PROJECT**

*Jessica Fry*
Jessica Fry
Attorneys for Plaintiffs

Dated: December 13, 2007           **KEITH A. FINK & ASSOCIATES**

*Alexandra Zak*
Alexandra Zak
Attorneys for Defendants

# ~~PROPOSED~~ ORDER

Upon review of the parties' stipulation requesting an extension of the time to complete discovery and to extend the deadlines set forth in this Court's November 2, 2006 scheduling order and good cause appearing:

IT IS HEREBY ORDERED that the proposed stipulation between the parties sets forth the new scheduling deadlines in this case.

Dated: December 20, 2007

_____
United States District Judge James Ware