JESSICA L. FRY (REGISTERED LEGAL SERVICES ATTORNEY NO. 800918)
ANNETTE D. KIRKHAM (STATE BAR NO. 217958)
FAIR HOUSING LAW PROJECT
KATHERINE P. HAAS (STATE BAR NO. 229233)
ALISON BRUNNER (STATE BAR NO. 180979)
AIDS LEGAL SERVICES
111 West Saint John Street, Suite 315
San Jose, California 95113
Telephone: (408) 280-2458
Facsimile: (408) 293-0106

Attorneys for PLAINTIFFS

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
(San Jose)

| | |
|---|---|
| BARBARA WOOD, individually and on behalf of the estate of EDNA MURILLO; and RICHARD WOOD, <br><br> Plaintiffs, <br><br> v. <br><br> VISTA MANOR NURSING CENTER; LIFE GENERATIONS HEALTHCARE, INC., and ABIGAIL MOSS, <br><br> Defendants | Case No. C06-01682 JW (PVT) <br><br> STIPULATION FOR RE-ENTERING COURT ADR PROCESS AND [PROPOSED] ORDER |

We request that the Court refer this matter again to mediation through the Court's ADR Program with the previously court-appointed mediators, Daniel Bowling and Jeff Goldfien. The parties agree to hold the ADR session by the presumptive deadline.

//

//

//

1  The parties agree to hold the ADR session within 90 days of the signing of the Order.

2  Dated: January 29, 2008        **FAIR HOUSING LAW PROJECT**

  /S/ _Jessica Fry_
  Jessica Fry
  Attorneys for Plaintiffs

  Dated: January 29, 2008        **KEITH A. FINK & ASSOCIATES**

  /S/ _Alexandra Zak_
  Alexandra Zak
  Attorneys for Defendants

WOOD V. VISTA MANOR, ET AL. No. C06 01682 JW (PVT)
[PROPOSED] STIPULATION FOR RE-ENTRY TO ADR PROCESS

2

## PROPOSED ORDER

IT IS HEREBY ORDERED that the parties are to participate in mediation through the Court ADR process per stipulation by the parties.

The deadline for the ADR session will be:

    __X__ 90 days from the date of this order.

    ___ other: _____.

The Court defers to the Court ADR program to determine if previous mediators are available to conduct further mediation proceedings with the parties.

Dated: January 30, 2008        _____/s/ James Ware_____
                                      United States District Judge James Ware