IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Wood et al, | NO. C 06-01682 JW |
| Plaintiff(s), | **ORDER TO SHOW CAUSE RE: SETTLEMENT** |
| v. | |
| Vista Manor Nursing Center et al, | |
| Defendant(s). | |

On April 8, 2008, Mediator Daniel Bowling filed a Certification of ADR Session to informed the Court that the above-entitled matter has reached a settlement. (See Docket Item No. 80.) In light of the settlement, the Court vacates all trial and pretrial dates. On or before **May 23, 2008**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **June 2, 2008 at 9:00 a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before **May 23, 2008**, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated:  April 10, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alison Ann Brunner alisonb&#064;lawfoundation.org
Annette D. Kirkham annettek@lawfoundation.org
Christopher Brancart cbrancart@brancart.com
D. Scott Chang schang@relmanlaw.com
Jessica Lynn Fry jessicaf@lawfoundation.org
Katherine P. Haas kateh@lawfoundation.org
Keith A. Fink kfink@finklawfirm.com
Kerstin Arusha kerstina@lawfoundation.org
Liam J Garland lgarland@hrc-la.org
Liza Cristol-Deman LcristolDeman@brancart.com
Whitney Huston whitneyh@lawfoundation.org

**Dated:  April 10, 2008**                                    **Richard W. Wieking, Clerk**


                                                              **By:      /s/ JW Chambers**
                                                                    **Elizabeth Garcia**
                                                                    **Courtroom Deputy**

**United States District Court**
For the Northern District of California