ANNETTE D. KIRKHAM, STATE BAR NO. 217958
JESSICA FRY (REGISTERED LEGAL SERVICES ___ ___ __0918)
FAIR HOUSING LAW PROJECT
ALISON BRUNNER, STATE BAR NO. 18097
KATE HAAS, STATE BAR NO. 229233
AIDS LEGAL AERVICES
111 W. St. John, Suite 315
San Jose, CA 95113
Tel. No. (408) 280-2410
Fax No. (408) 293-0106

Attorneys for Plaintiffs Barbara and Richard ____

**IT IS SO ORDERED AS MODIFIED**

*James Ware*

Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose)

| | |
|---|---|
| BARBARA WOOD, individually and on behalf of the estate of EDNA MURILLO; and RICHARD WOOD, <br><br>　　　Plaintiffs, <br><br>　v. <br><br>VISTA MANOR NURSING CENTER, LIFE GENERATIONS HEALTHCARE, INC., and ABIGAIL MOSS, <br><br>　　　Defendants. | Case No. C06-01682 JW (PVT) <br><br>PLAINTIFFS' RESPONSE TO THE COURTS' APRIL 11, 2008 ORDER TO SHOW CAUSE RE: SETTLEMENT <br><br>**AND ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE RE: SETTLEMENT** |

On March 25, 2008, the parties engaged in mediation with Jeffrey Goldfein and Daniel Bowling of the ADR Unit of the United States District Court for the Northern District of California. The parties reached a settlement in principle; however, the settlement agreement has not yet been finalized.

On May 11, 2008, Defendants' lead counsel informed Plaintiffs that he was in China and that he would not be able to review the proposed revisions to the settlement

agreement until he returned to the country.  To date, Plaintiffs have not heard back from Defendants regarding the proposed settlement agreement.

Plaintiffs are hopeful that this matter can be resolved within the next 30 days; therefore, Plaintiffs request that the Court schedule a further case status conference in July 2008.

Respectfully submitted,

Dated:  May 29, 2008

FAIR HOUSING LAW PROJECT

Annette D. Kirkham
Attorneys for Plaintiffs

**\*\*\* ORDER \*\*\***

Based on the Plaintiffs' representations, and for good cause shown, the Court continues the hearing on the Order to Show Cause Re: Settlement currently scheduled for June 2, 2008 to **July 7, 2008 at 9 a.m.**  Due to the age of this case, the parties shall work in good faith to reduce their settlement to a writing and bring this case to a close.  This is the last continuance due to the Court's limited availability in the months of July and August.   If a Stipulated Dismissal is not on file on or before **July 1, 2008**, the parties shall file a Joint Statu Report regarding their settlement efforts on the same day.

Dated:  May 29, 2008

JAMES WARE
United States District Judge