1  ANNETTE D. KIRKHAM (STATE BAR NO. 217958)
   JESSICA FRY (STATE RLSA NO. 800918)
2  FAIR HOUSING LAW PROJECT
   LAW FOUNDATION OF SILICON VALLEY
3  111 W. St. John, Suite 315
   San Jose, CA 95113
4  Tel. No. (408) 280-2410
   Fax No. (408) 293-0106
5
   Attorneys for Plaintiffs
6

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (San Jose)

| | |
|---|---|
| BARBARA WOOD, individually and on behalf of the estate of EDNA MURILLO; and RICHARD WOOD, | Case No. C06-01682 JW (PVT) |
| Plaintiffs, | NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL SUBJECT TO SETTLEMENT AGREEMENT; [PROPOSED] ORDER |
| v. | |
| VISTA MANOR NURSING CENTER, LIFE GENERATIONS HEALTHCARE, INC., and ABIGAIL MOSS, | |
| Defendants. | |

The parties have reached a settlement in this matter. Therefore, the parties hereby apply for and stipulate to issuance of an order dismissing this action in its entirety, subject to the terms of the settlement agreement executed by the parties. So stipulated.

| | |
|---|---|
| Date:  7/21/08 | FAIR HOUSING LAW PROJECT |
| | /s/_____ |
| | Jessica Fry |
| | Attorneys for Plaintiffs |
| Date:  7/21/08 | KEITH A. FINK AND ASSOCIATES |
| | /s/_____ |
| | Sarah Hernandez |
| | Attorneys for Defendants |

[PROPOSED] ORDER

Based upon the foregoing application and stipulation and good cause appearing, it is hereby ordered that this action is dismissed in its entirety subject to the terms of the settlement agreement executed by the parties.
The Court terminates any pending deadlines, hearings and motions. The Clerk shall close this file.

Dated: __July 30__, 2008       _____
HONORABLE JAMES WARE
UNITED STATES DISTRICT COURT